**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-04-00032-CV**
_____

**QUIGLEY COMPANY, INC. AND PFIZER, INC., Appellants/Cross-Appellees**

**V.**

**SAMMY RAY ACKER, ET AL., Appellees/Cross-Appellants**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-150896-AG**

**MEMORANDUM OPINION**

We reinstate the appeal on the motion of the parties. *See* Tex. R. App. P. 8.3. The appellants/cross-appellees, Quigley Company, Inc. and Pfizer, Inc., and the appellees/cross-appellants, Sammy Ray Acker, et al., have filed a joint motion to set aside the trial court's judgment and render judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2). The parties have agreed to dismiss the action with prejudice and release the supersedeas bond.

1

In accordance with the parties' agreement, we vacate the trial court's judgment of December 19, 2003, and dismiss the case with prejudice. *See* Tex. R. App. P. 43.2(e). In accordance with the parties' agreement, the Jefferson County District Clerk shall release the supersedeas bond filed by the appellants.

JUDGMENT VACATED; CASE DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered April 11, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.